# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERYL WEINER, an individual; S&W HEALTH MANAGEMENT SERVICES, INC., a California corporation; and SYCAMORE HEALTHCARE SERVICES, LLC, a California corporation [sic], <br><br> Plaintiffs, <br><br> vs. <br><br> STEADFAST INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00122-TJH-E <br><br> **ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER AND PROTECTIVE ORDER** <br><br> Hon. Charles F. Eick <br><br> Complaint Filed: 12/20/2021 |

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and Protective Order.

IT IS SO ORDERED.

DATED: _____April 5\_\_, 2023

/s/ Charles F. Eick

The Honorable Charles F. Eick
United States Magistrate Judge

PROTECTIVE ORDER